UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x

In re:                                 :

NARRAGANSETT PELLET CORPORATION    :    BK No: 08-10699
          Debtor                          Chapter 11

- - - - - - - - - - - - - - - - - -x

## ORDER APPROVING NOTICE OF INTENDED SALE

Heard on the Trustee's Notice of Intended Sale (doc #196)("Notice") of the debtor's property.  Upon consideration of the positions of all interested parties as presented in their written submissions and oral arguments, and based upon the entire record of this case, and no competing bids having been submitted, the Notice is hereby **Approved**.  In addition:

1.   The Debtor's Objection to the proposed sale (doc #203) is overruled.

2.   The Debtor's "Notice of Reorganization Proposal" (doc #213) is treated by the court as essentially a request for a thirty day continuance of the hearing on the proposed sale, to allow a third party to present a competing offer, "subject to confirmation of financing."

3.   The submission of FirePro International(doc #212)was captioned as an objection of the proposed sale, however in substance it is actually a request to alter the priority of its claim. As such, this pleading is not relevant to the Trustee's Notice of Intended Sale, and should be addressed in the Objection to Claims process.

BK No. 08-10699

4.    The Trustee may submit a proposed order setting forth

the terms of the sale on or before December 26, 2008.

So ORDERED.

Dated at Providence, Rhode Island, this  16th      day of

December, 2008.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 12/16/08